| AO-10 Rev. 1/2004 | | |
|---|---|---|

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Shubb, William B | 2. Court or Organization U. S. District Court | 3. Date of Report 4/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Court Judge | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 501 I Street Suite 14-200 Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/6/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    BANK ACCOUNTS | | | | | | | | | |
| 2.    Bank America (Checking) | A | Interest | J | T | | | | | |
| 3.    Bank America (Maximizer) | | Interest | J | T | | | | | |
| 4.    1st Community Credit Union | A | Interest | J | T | | | | | |
| 5.    ANNUITIES | | | | | | | | | |
| 6.    American Skandia | | None | M | T | | | | | |
| 7.    Venture Annuity | | None | J | T | | | | | |
| 8.    LIMITED PARTNERSHIPS | | | | | | | | | |
| 9.    Westin Hotels | A | Dividend | J | W | | | | | |
| 10.   Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 11.   RAYMOND JAMES IRA | | | | | | | | | |
| 12.   Government Strips | | None | J | T | | | | | |
| 13.   Capstead Mortgage | A | Dividend | J | T | | | | | |
| 14.   Heritage Cash Trust - IRA | A | Dividend | J | T | | | | | |
| 15.   RAYMOND JAMES ACCOUNT #1 | | | | | | | | | |
| 16.   Heritage Cash Trust Municipal | A | Dividend | J | T | | | | | |
| 17.   Evergreen High Income Muni | B | Dividend | L | T | | | | | |
| 18.   Franklin CA High Yield Muni | C | Dividend | L | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Seligman CA Tax Exempt | C | Dividend | L | T | | | | | |
| 20. Van Kampen Hi Yld Muni | C | Dividend | K | T | | | | | |
| 21. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 22. Heritage Cash Trust Municipal | B | Dividend | M | T | | | | | |
| 23. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 24. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 25. Van Kampen Equity Income Fund | A | Dividend | K | T | | | | | |
| 26. Advantage Advisors Fund | | None | K | T | | | | | |
| 27. IRA II (Separate) | | | | | | | | | |
| 28. Money Market - Dean Witter Reynolds | A | Dividend | J | T | | | | | |
| 29. Value Added Equity | B | Dividend | K | T | | | | | |
| 30. MSDW - ███████ | | | | | | | | | |
| 31. ███ Money Market - Dean Witter Reynolds | A | Dividend | K | T | | | | | |
| 32. Boeing | A | Dividend | J | T | | | | | |
| 33. Chevron | A | Dividend | J | T | | | | | |
| 34. Coca Cola | A | Dividend | J | T | | | | | |
| 35. General Electric | A | Dividend | K | T | | | | | |
| 36. Gillette | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shubb, William B | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Intel | A | Dividend | K | T | | | | | |
| 38. IRA | | | | | | | | | |
| 39. Money Market - Dean Witter Reynolds | A | Dividend | J | T | | | | | |
| 40. Dean Witter Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 41. Apache Corp. | A | Dividend | J | T | | | | | |
| 42. Sempra Energy | A | Dividend | J | T | | | | | |
| 43. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 44. Money Market - Dean Witter Reynolds | A | Dividend | J | T | | | | | |
| 45. Information Fund | A | Dividend | J | T | | | | | |
| 46. Value Added Mkt Fund | A | Dividend | L | T | | | | | |
| 47. Dividend Growth Fund | A | Dividend | M | T | | | | | |
| 48. American Tel & Tel | A | Dividend | J | T | | | | | |
| 49. AT&T Wireless | A | Dividend | J | T | | | | | |
| 50. Boeing | A | Dividend | K | T | | | | | |
| 51. Bristol Meyers | A | Dividend | K | T | | | | | |
| 52. Chevron | A | Dividend | K | T | | | | | |
| 53. Cisco | A | Dividend | J | T | | | | | |
| 54. Coca Cola | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Comcast | A | Dividend | J | T | | | | | |
| 56. Conoco | A | Dividend | J | T | | | | | |
| 57. Du Pont | A | Dividend | J | T | | | | | |
| 58. General Electric | B | Dividend | K | T | | | | | |
| 59. Gillette-Co | A | Dividend | J | T | | | | | |
| 60. Hewlett Packard | A | Dividend | J | T | | | | | |
| 61. Intel | A | Dividend | L | T | | | | | |
| 62. IBM | A | Dividend | K | T | | | | | |
| 63. Lucent | A | Dividend | J | T | | | | | |
| 64. Medco | A | Dividend | J | T | Spinoff | 8-20 | J | | |
| 65. Merck | A | Dividend | J | T | | | | | |
| 66. Microsoft | A | Dividend | K | T | | | | | |
| 67. Sempra Energy | A | Dividend | K | T | | | | | |
| 68. Walt Disney | A | Dividend | J | T | | | | | |
| 69. Yum Brands formerly know as Tricon Global | A | Dividend | J | T | | | | | |
| 70. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 71. Ford Motor Pfd | B | Dividend | K | T | | | | | |
| 72. SAT-GE CAPITAL 3/15/32 | B | Dividend | K | T | Buy | 8-21 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. SAT-GE CAPITAL 3/15/32 | A | Dividend | J | T | Buy | 11-18 | J | | |
| 74. GE CAPITAL 6/28/32 formerly known as General Electric Pfd | A | Dividend | J | T | | | | | |
| 75. GE CAPITAL 6/28/32 | A | Dividend | J | T | Buy | 11-18 | J | | |
| 76. GE CAPITAL 11/15/32 | A | Dividend | K | T | Buy | 8-21 | K | | |
| 77. BellSouth Pfd | A | Dividend | J | T | | | | | |
| 78. Bristol Meyers Pfd | A | Dividend | J | T | | | | | |
| 79. Pacificorp Pfd | A | Dividend | | | redeemed | 9-26 | K | A | |
| 80. Zero Coupon Bond 11/03 | | None | | | Redeemed | 11-15 | L | A | |
| 81. Zero Coupon Bond 11/04 | | None | K | T | | | | | |
| 82. Zero Coupon Bond 11/05 | | None | K | T | | | | | |
| 83. Zero Coupon Bond 11/07 | | None | K | T | | | | | |
| 84. Capital One CD | C | Interest | L | T | | | | | |
| 85. Discover CD | C | Interest | L | T | | | | | |
| 86. Discover Bank CD 11/08 | A | Interest | K | T | Buy | 11-18 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report)

EXPLANATION OF CHANGES MADE IN THIS YEAR'S REPORT

SECTION VII
Line 17 Evergreen High Income Muni - combined from lines 17 and 20 in 20002 report
Line 18 Franklin CA High Yield Muni - combined from lines 18, 21 and 23 in 2002 report
Line 19 Seligman CA Tax Exempt - combined from lines 19, 22 and 24 in 2002 report

Line 30 MSDW - JOINT ACCOUNT is a new category heading

Line 45 Information Fund - from line 77 in 2002 report
Line 46 Value Added Mkt Funds - from line 74 in 2002 report
Line 47 Dividend Growth Fund - from line 49
Line 48 American Tel & Tel - from line 50
Line 49 AT&T Wireless - from line 84

Line 50 Boeing - from line 67
Line 51 Bristol Meyers - from line 51
Line 52 Chevron - from line 52
Line 53 Cisco - combined from lines 78, 79 and 80
Line 54 Coca Cola - from line 69
Line 55 Comcast - from line 87
Line 56 Conoco - from line 75
Line 57 Du Pont - from line 57
Line 58 General Electric - from line 54
Line 59 Gillette - from line 64

Line 60 Hewlett Packard - from line 66
Line 61 Intel - combined from lines 62 and 63
Line 62 IBM - from line 55
Line 63 Lucent - from line 65
Line 65 Merck - from line 59
Line 66 Microsoft - from line 76
Line 67 Sempra Energy - from line 61
Line 68 Walt Disney - from line 53
Line 69 Yum Brands - from line 68

Line 70 Zimmer Holdings - from line 85
Line 71 Ford Motor Pfd - from line 73
Line 74 GE Capital 6/28/32 - from line 89
Line 77 BellSouth Pfd - from line 83
Line 78 Bristol Meyers Pfd - from line 88
Line 79 Pacificorp Pfd - from line 72

Line 80 Zero Coupon Bond 11/03 - from line 70
Line 81 Zero Coupon Bond 11/04 - from line 82
Line 82 Zero Coupon Bond 11/05 - from line 81
Line 83 Zero Coupon Bond 11/07 - new entry, erroneously omitted from 2002 report. Purchased 6-18-02, Value Code "K"
Line 84 Capital One CD - from line 86
Line 85 Discover CD - from line 90

2002 REPORT
SECTION VII
Line 56 GNMA - deleted from 2003 report, market value below $1,000
Line 91 Agere - deleted from 2003 report, market value below $1,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shubb, William B | 4/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature          Date   4/8/2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544